IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DARLENE BAUMANN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**INTERNATIONAL CONFERENCE MANAGEMENT INC. d/b/a THE IMAGE EXPO**<br><br>*Defendant.* | Case No. 1:22-cv-1149 |

## AGREED ORDER OF DISMISSAL

ON THIS DAY, the Court considered the Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) filed by Plaintiff Darlene Baumann and Defendant International Conference Management, Inc. d/b/a The Image Expo. (Dkt. # 45.) In their Stipulation, the Parties represent that they have executed a written settlement agreement that fully resolves the case. After considering the Stipulation, the Court hereby rules as follows:

The Court ORDERS that all of Plaintiff's claims in the above-numbered and captioned case are hereby DISMISSED without prejudice;

Further, the Court ORDERS that, upon Plaintiff's timely receipt of the full settlement amount as set forth in the Parties' written settlement agreement, this dismissal shall convert into a DISMISSAL with prejudice to refiling. Unless otherwise decided by the parties, Plaintiff and Defendant shall bear their own attorneys' fees and costs. The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, August 15, 2023.

_____
David Alan Ezra
Senior United States District Judge